563 U.S. 903, 131 S. Ct. 1799, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2439.

March 28, 2011. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-8521. In re Reginald Burgess, Petitioner.**

563 U.S. 903, 131 S. Ct. 1787, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2511.

March 28, 2011. Petition for writ of mandamus denied.

**No. 10-9109. In re Lindsey Kent Springer, Petitioner.**

563 U.S. 903, 131 S. Ct. 1800, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2569.

March 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.

**No. 10-8672. In re Anthony P. Catanzaro, Petitioner.**

563 U.S. 903, 131 S. Ct. 1793, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2476.

March 28, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 10-7140. Warren L. Edwards, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

563 U.S. 913, 131 S. Ct. 1810, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2489.

March 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1146, 131 S. Ct. 920, 178 L. Ed. 2d 767, 2011 U.S. LEXIS 490.

**No. 10-7514. Ronald Lee Baxter, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

563 U.S. 913, 131 S. Ct. 1810, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2514.

March 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 325.

**No. 10-7554. Santiago Mendoza, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

563 U.S. 913, 131 S. Ct. 1810, 179 L. Ed. 2d 672, 2011 U.S. LEXIS 2490.

March 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1186, 131 S. Ct. 1013, 178 L. Ed. 2d 841, 2011 U.S. LEXIS 754.